THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BENJAMIN ROCKOWER, Appellant.

Submitted January 6, 1947; decided January 7, 1947.

*Charles P. Sullivan, District Attorney (Harry W. Schober* of counsel), for motion to dismiss appeal.

*Joseph Lonardo* for motion for enlargement of time.

Motion to dismiss appeal denied, and motion for leave to be heard on original typewritten record and printed briefs and for enlargement of time granted, solely on the ground that the default occurred prior to decision in *People* v. *Solomon* (296 N. Y. 85, decided November 27, 1946), and case set down for argument during April, 1947, session.